PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, SBN 133775
ASSISTANT UNITED STATES TRUSTEE
JASON SCHRADER, SBN 258706
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
Telephone:     (951) 276-6990
Facsimile:     (951) 276-6973
Email:         Jason.K.Schrader@usdoj.gov

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>ALETHIA ANN MITCHELL,<br><br><br>        Debtor. | Case No. 6:12-bk-34633-MW<br><br>Chapter 7<br><br>**UNITED STATES TRUSTEE'S *EX PARTE* MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF JASON SCHRADER AND LARRY D. SIMONS FILED IN SUPPORT THEREOF**<br><br>[Pursuant to LBR 5010-1(e), No Hearing Required] |

**TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, AND ALL INTERESTED PARTIES:**

The United States Trustee for Region 16, Peter C. Anderson ("U.S. Trustee") hereby moves, *ex parte*, pursuant to Section 350(b) of the Bankruptcy Code, Federal Rule of Bankruptcy

Procedure ("FRBP") 5010 and Local Bankruptcy Rule ("LBR") 5010-1,[1] for the entry of an order reopening the Chapter 7 bankruptcy case ("Bankruptcy Case") of Alethia Ann Mitchell ("Debtor") so that a trustee can determine whether non-exempt assets can be administered.

## I.   STATEMENT OF FACTS

1.      On October 31, 2012 ("Petition Date"), the Debtor filed a voluntary chapter 7 petition. Larry D. Simons ("Simons") was appointed chapter 7 trustee. [*See* Declaration of Jason Schrader ("Schrader Decl."), Exhibit ("Ex.") 1].

2.      Simons conducted an initial meeting of creditors on December 7, 2012, and concluded the meeting on January 9, 2013. [*Id.*].

3.      On January 11, 2013, Simons a Report of No Distribution, having concluded that the estate did not own any assets that could be distributed to creditors. [*Id.*].

4.      The Court closed the case on February 22, 2013 ("Closing Date"). [*Id.*].

5.      On or about May 20, 2013, Simons received a call from Jesse B. Rochman ("Rochman"), who was counsel for an insurance company associated with a Worker's Compensation and PI action (the "Lawsuit") in which the Debtor was the plaintiff. [*See* Declaration of Larry D. Simons ("Simons Decl."), ¶ 10].

6.      The Debtor's schedules indicated she held a potential claim for worker's compensation and personal injury, and she testified at the initial meeting of creditors that no complaint had been filed. [Simons Decl., ¶ 5].

7.      Simons relied upon the Debtor's representation that no complaint had been filed. [Simons Decl., ¶ 8].

---

[1]      Unless stated otherwise, all chapter, section, rule, and local bankruptcy rule references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, the Federal Rules of Bankruptcy Procedure, Rules 1001-9037, and the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California.

8.      Rochman informed Simons that the complaint had been pending on December 7, 2012, when Simons questioned the Debtor at the initial meeting of creditors.   [Simons Decl., ¶ 11].

9.      Before filing the bankruptcy case, the Debtor previously filed case RIC10001033, entitled *Mithcell v. Atco Noise Management* in Riverside Superior Court on January 26, 2010. [Schrader Decl., Ex. 2].

10.     Prior to the initial meeting of creditors, the Debtor apparently had already participated in two Mandatory Settlement Conferences, on October 9, 2012, and October 23, 2012, respectively.[2] [*Id.*]

11.     In a settlement agreement dated April 18, 2013, the plaintiffs agreed to pay $1,000,000.00, of which $925,000.00 appears to be payable to the Debtor . [Simons Decl., ¶ 13; Exhibit 3].

12.     At the time of the meeting of creditors, the Lawsuit apparently had already been tentatively settled. [Simons Decl., ¶ 14].

## II.      ARGUMENT

### A.      Cause Exists To Reopen This Bankruptcy Case

FRBP 5010 provides, in pertinent part, that a "case may be reopened on motion of the debtor or other party in interest pursuant to Section 350(b) of the Code." FED.R.BANKR.P. 5010.  In turn, Section 350(b) states that "a case may be reopened in the court in which such case was closed to

---

[2]     California Rule of Court 3.1380 provides that "Trial counsel, parties, and persons with full authority to settle the case must personally attend the [Mandatory Settlement Conference] unless excused by the court for good cause."

administer assets, to accord relief to the debtor, or for other cause." 11 U.S.C. § 350(b).  Here, the

U.S. Trustee desires to reopen this case because the estate may hold an interest in the Lawsuit.[3]

In addition, reopening this case is "merely a ministerial or mechanical act" which will not

impact or prejudice any rights of the claimants to the funds.  *See Devore v. Marshack, Chapter 7*

*Trustee (In re Devore)*, 223 B.R. 193, 198 (B.A.P. 9th Cir. 1998); *Menk v. Lapaglia (In re Menk)*, 241

B.R. 896, 914 (B.A.P. 9th Cir. 1999) ("an improvident reopening is largely a victimless error.").

### B.     Notice Is Not Required To Reopen This Case

Neither the Bankruptcy Code nor the Federal Rules of Bankruptcy Procedure require notice in

order to reopen a case.  FRBP 5010 does not require that notice be given to reopen a case.

Fed.R.Bankr.P. 5010.  Section 350(b) also does not "contain the talismanic mention of motion and

hearing that connotes the statutory need to permit a contest." *Menk*, 241 B.R. at 914; 11 U.S.C. §

350(b).  In fact, LBR 5010-1 expressly permits a motion to reopen to be considered *ex parte*.  LBR

5010-1(e).  Accordingly, the Court should grant the relief requested in this Motion without notice.

## III.     CONCLUSION

For the reasons set forth above, the U.S. Trustee respectfully requests that the Court enter an

order reopening this bankruptcy case, directing the U.S. Trustee to appoint a Chapter 7 trustee, and

//

//

//

//

//

---

[3]     Although scheduled property revests in the debtor when a case closes under Section 554(c), the facts in this case may establish that the description of the Lawsuit in the Debtor's Schedules was insufficient and thereby render Section 554(c) inapplicable.

that the filing fees, if any, for reopening this case are deducted from assets of the estate at the

conclusion of this case; and for such other and further relief that may be just and equitable.


DATED: June 10, 2013                    PETER C. ANDERSON
                                        UNITED STATES TRUSTEE


                                        By: /s/ Jason Schrader
                                            Jason Schrader
                                            Trial Attorney

# DECLARATION OF JASON SCHRADER

I, Jason Schrader, declare:

1.     I am an attorney duly authorized to practice law in the State of California and before this Court. I am employed as a Trial Attorney by the United States Trustee for the Central District of California. I submit this declaration in support of the U.S. Trustee's Motion to Reopen the Chapter 7 Bankruptcy Case (the "Bankruptcy Case") of Alethia Ann Mitchell ("Debtor"). I make this declaration of my own personal knowledge except where stated on information and belief. If called as a witness, I could and would testify truthfully to the information contained herein.

2.     On June 10, 2013, I accessed the Court's docket located at ecf.cacb.uscourts.gov (the "Docket"). A true and correct copy of the Docket is attached hereto as Exhibit 1.

3.     On June 10, 2013, I accessed the Riverside Superior Court records, located at http://riverside.courts.ca.gov/publicaccess.shtml, and obtained a copy of the docket in Lawsuit, a true and correct copy of which is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on June 10, 2013 at Riverside, California.

/s/ Jason Schrader
Jason Schrader

# DECLARATION OF LARRY D. SIMONS

I, Larry D. Simons, declare:

1.    I was the duly appointed Chapter 7 Trustee of the Estate of Alethia Ann Mitchell (the "Debtor"). I make this declaration in support of Office of the United States Trustee (the "OUST") motion to reopen the Debtor's bankruptcy case. I know all of the facts set forth herein of my own personal knowledge, except as stated on information and belief. If called as a witness I could testify competently hereto.

2.    I examined the Debtor at her initial meeting of creditors held on December 7, 2012.

3.    The Debtors listed an interest in a lawsuit on her schedules. The lawsuit was valued at $200,000.00 and described as follows:

> Worker's Compensation Claim: In 2008, debtor injured her neck and back when a "manlift" (construction crane and basket) fell on top of her and as a result she has filed a claim against her former employer, QCI, Inc. Recovery at this time is speculative. The attorney handling the claim is Lucy Bishop, (951) 276-2666. The amount listed herein is for exemption purposes only. (the " Worker's Comp. Claim").

4.    She also listed the same claim in a different manner as follows:

> Potential Civil Lawsuit: Mitchell v. QCI, Inc.: Debtor is considering filing a personal injury lawsuit against her former employer for injuries she sustained in a work related accident. Recovery at this time is speculative (the "PI Claim").

5.    I questioned the Debtor as to whether or not she retained an attorney for the personal injury portion of the claim and what the status of the claim was. The Debtor provided the name of her personal injury attorney (Mr. Geeting) and advised me that she had not filed a complaint in conjunction with either the Worker's Comp Claim or the PI Claim.

6.    I continued the meeting of creditors to allow me an opportunity to investigate the Claim further.

7.    I attempted to reach the attorney regarding the PI Claim on more than one occasion, but did not hear back.

Larry D. Simons, Chapter 7 Trustee
7121 Magnolia Avenue
Riverside, California 92504

---

1

DECLARATION OF LARRY D. SIMONS

**Larry D. Simons, Chapter 7 Trustee**
7121 Magnolia Avenue
Riverside, California 92504

8.    Based upon the Debtor's testimony that no complaint had been initiated coupled with the fact that the Worker's Comp Claim would be fully exempt under CCP 704.160, I filed a no distribution report.

9.    The Court closed the case on February 22, 2013.

10.    On or around May 10, 2013, I received a phone call from Jesse B. Rochman, an attorney in St. Louis who represents the insurance company associated with the Worker's Comp Claim and PI Claim.

11.    The attorneys for the insurance company advised me that at the time of the Debtor's meeting of creditors, she had already filed a complaint in Superior Court.

12.    They further advised me that the Debtor had already reached a settlement of $1,000,000.

13.    The attorneys provided me with a copy of a settlement agreement entered into by the Debtor and the Defendants dated April 18, 2013.   A true and correct copy of the settlement agreement is attached hereto.

14.    It appears that the Debtor did not accurately disclose the status of the Worker's Comp Claim and the PI Claim in her schedules.    The inaccuracies in the description of the Worker's Comp Claim and PI Claim were that:

    a.    The Worker's Comp Claim and PI Claim were not "potential" claims as described by the Debtor. They were actual, pending claims at the time the petition was filed.

    b.    The Worker's Comp Claim and PI Claim were not against her former employer, but against a third party insurance company.

    c.    The Worker's Comp Claim and PI Claim had been tentatively settled for $1,000,000.

    d.    Neither the Worker's Comp Claim nor the PI Claim was listed in the Debtor's Statement of Financial Affairs, specifically, question number 4.

15.    Had the Debtor accurately disclosed that she had already filed a complaint, and had reached a tentative settlement agreement, I would not have filed my no asset report.

Larry D. Simons, Chapter 7 Trustee
7121 Magnolia Avenue
Riverside, California 92504

1    16.    After receiving a copy of the settlement agreement, I forwarded the information to

2  the Office of the United States Trustee and requested they reopen the case to allow me to administer

3  the PI Claim and the Worker's Comp Claim.

4         I declare under penalty of perjury under the laws of the United States of America that the

5  foregoing is true and correct.

6         Executed June 5, 2013 at Riverside, California.

7

8                                    _____

9                                         Larry D. Simons

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Office of the U. S. Trustee
3801 University Ave., #720
Riverside, CA 92501**

A true and correct copy of the foregoing document entitled (*specify*) **UNITED STATES TRUSTEE'S *EX PARTE* MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF JASON SCHRADER AND LARRY D. SIMONS FILED IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)   6/11/13, **I** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*Ch 7 Trustee:* Larry D Simons (TR)    larry@lsimonslaw.com, c119@ecfcbi
*Debtor's Counsel:* David Lozano    notices@dlbklaw.com
*Interested Parties:*
Avi Schild    bk@atlasacq.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*)   **6/11/2013**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Debtor:*
**Alethia Ann Mitchell**
31080 Lahontan Street
Temecula, CA 92592

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 6/11/13 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/11/2013 | Bonita DeGrave | /s/ Bonita DeGrave |
|-----------|----------------|--------------------|
| Date | Printed Name | Signature |

**CLOSED**

# U.S. Bankruptcy Court
## Central District Of California (Riverside)
## Bankruptcy Petition #: 6:12-bk-34633-MW

|  |  |
|---|---|
| *Date filed:* | 10/31/2012 |
| *Date terminated:* | 02/22/2013 |
| *Debtor discharged:* | 02/11/2013 |
| *341 meeting:* | 01/09/2013 |
| *Deadline for objecting to discharge:* | 02/05/2013 |
| *Deadline for financial mgmt. course:* | 02/05/2013 |

*Assigned to:* Mark S Wallace
Chapter 7
Voluntary
No asset

*Debtor disposition:* Standard Discharge

| **Debtor** | represented by **David Lozano** |
|---|---|
| **Alethia Ann Mitchell** | Law Office of David Lozano |
| 31080 Lahontan Street | 1900 W Garvey Ave S Ste 240 |
| Temecula, CA 92592 | |
| RIVERSIDE-CA | West Covina, CA 91790 |
| SSN / ITIN: xxx-xx-3572 | 626-802-5680 |
| | Fax : 626-209-0221 |
| | Email: notices@dlbklaw.com |

**Trustee**
**Larry D Simons (TR)**
7121 Magnolia Ave
Riverside, CA 92504
(951) 686-6300

**U.S. Trustee**
**United States Trustee (RS)**
3801 University Avenue, Suite 720
Riverside, CA 92501-3200
(951) 276-6990

| Filing Date | # | Docket Text |
|---|---|---|
| 10/31/2012 | 1 (67 pgs) | Chapter 7 Voluntary Petition . Fee Amount $306 Filed by Alethia Ann Mitchell (Lozano, David) (Entered: 10/31/2012) |
| 10/31/2012 | 2 (1 pg) | Declaration Re: Electronic Filing Filed by Debtor Alethia Ann Mitchell. (Lozano, David) (Entered: 10/31/2012) |
| 10/31/2012 | 3 (1 pg) | Certificate of Credit Counseling Filed by Debtor Alethia Ann Mitchell. (Lozano, David) (Entered: 10/31/2012) |

EXHIBIT 1, page 11

| | | |
|---|---|---|
| 10/31/2012 | 4 | Statement of Social Security Number(s) Form B21 Filed by Debtor Alethia Ann Mitchell. (Lozano, David) (Entered: 10/31/2012) |
| 10/31/2012 | | Receipt of Voluntary Petition (Chapter 7)(6:12-bk-34633) [misc,volp7] ( 306.00) Filing Fee. Receipt number 29980759. Fee amount 306.00. (U.S. Treasury) (Entered: 10/31/2012) |
| 10/31/2012 | 5 (2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 12/07/2012 at 01:00 PM at RM 100-2, 3801 University Ave., Riverside, CA 92501. Objections for Discharge due by 02/05/2013. Cert. of Financial Management due by 02/05/2013 for Debtor and Joint Debtor (if joint case) (Lozano, David) (Entered: 10/31/2012) |
| 11/02/2012 | 6 (3 pgs) | Notice of Requirement to Complete Course in Financial Management (BNC) . (Samala, Victoria) (Entered: 11/02/2012) |
| 11/04/2012 | 7 (5 pgs) | BNC Certificate of Notice (RE: related document(s)5 Meeting (AutoAssign Chapter 7)) No. of Notices: 39. Notice Date 11/04/2012. (Admin.) (Entered: 11/04/2012) |
| 11/04/2012 | 8 (5 pgs) | BNC Certificate of Notice (RE: related document(s)6 Notice of Requirement to Complete Course in Financial Management (BNC)) No. of Notices: 1. Notice Date 11/04/2012. (Admin.) (Entered: 11/04/2012) |
| 11/19/2012 | 9 (4 pgs) | Financial Management Course Certificate Filed by Debtor Alethia Ann Mitchell (RE: related document(s)5 Meeting (AutoAssign Chapter 7)). (Lozano, David) (Entered: 11/19/2012) |
| 11/27/2012 | 10 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Schild, Avi. (Schild, Avi) (Entered: 11/27/2012) |
| 12/10/2012 | 11 | Continuance of Meeting of Creditors (Rule 2003(e)) (Trustee's 341 Filings) 341(a) Meeting Continued to be held on 1/9/2013 at 02:00 PM at RM 102, 3801 University Ave., Riverside, CA 92501. (Simons (TR), Larry) (Entered: 12/10/2012) |
| 12/13/2012 | 12 (8 pgs) | Amended Schedule B , Amended Schedule C Filed by Debtor Alethia Ann Mitchell. (Lozano, David) (Entered: 12/13/2012) |
| | | |

EXHIBIT 1, page 12

| | | |
|---|---|---|
| 01/11/2013 | 13 | Chapter 7 Trustee's Report of No Distribution: I, Larry D Simons (TR), having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 2 months. Assets Abandoned (without deducting any secured claims): $ 0.00, Assets Exempt: $ 2001800.00, Claims Scheduled: $ 149670.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 149670.00. . (Simons (TR), Larry) (Entered: 01/11/2013) |
| 02/11/2013 | 14 (2 pgs) | DISCHARGE OF DEBTORS (BNC) (Soria, Maria) (Entered: 02/11/2013) |
| 02/13/2013 | 15 (6 pgs) | BNC Certificate of Notice (RE: related document(s)14 DISCHARGE OF DEBTOR - Chapter 7 (CACB AutoDischarge) (BNC)) No. of Notices: 39. Notice Date 02/13/2013. (Admin.) (Entered: 02/13/2013) |
| 02/22/2013 | 16 | Bankruptcy Case Closed - DISCHARGE. Order of Discharge in the above referenced case was entered and notice was provided to parties in interest. Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Hawkinson, Susan) (Entered: 02/22/2013) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/10/2013 13:15:12 | | |
| **PACER** | dk4206 | **Client** |

EXHIBIT 1, page 13

| Login: | | Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 6:12-bk-34633-MW Fil or Ent: filed From: 3/12/2010 To: 6/10/2013 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 2 | Cost: | 0.20 |

EXHIBIT 1, page 14



# RIVERSIDE SUPERIOR COURT
## PUBLIC ACCESS

## Civil Case Report

 **Camera indicates that a document may be purchased.**
View Document Fee Schedule

 **First Page icon indicates you can view the first page of a Complaint for free.**

Send me an email when this case is updated (click here)

---

Print This Report

Close This Window

### Case RIC10001033 - MITCHELL VS ATCO NOISE MANAGEMENT

### Case RIC10001033 - Complaints/Parties

**Complaint Number:** 0001 — CMP Complaint of ALETHIA MITCHELL
**Original Filing Date:** 01/26/2010
**Complaint Status:** ACTIVE

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 1 | Plaintiff | ALETHIA MITCHELL | GEETING, STEVEN C | First Paper Fee Paid |
| 9 | Intervenor | ELECTRIC INSURANCECOMPANY | PEARLMAN, BORSKA &WAX LLP | First Paper Fee Paid |
| 2 | Defendant | ATCO NOISE MANAGEMENT | Unrepresented | Erroneously Sued/Disposed 03/30/2010 |
| 3 | Defendant | PRE-FAB INC | MARSHALL & FRENCH | Dismissed 05/13/2010 |
| 4 | Defendant | ANTHONY MARTINEZ | MARSHALL & FRENCH | Answer 06/09/2010 |
| 5 | Defendant | JAMES POWELL | MARSHALL & FRENCH | Answer 07/15/2010 |
| 6 | Defendant | PRE-FAB BUILDERS INC | MARSHALL & FRENCH | Answer 06/09/2010 |
| 7 | Defendant | PRE-FAB ERECTORS INC | Unrepresented | Dismissed 05/13/2010 |
| 8 | Defendant in Intervention | ELECTRIC INSURANCECOMPANY | Unrepresented | Party Deleted from case/complaint 02/24/2010 |
| 10 | Defendant | ATCO NOISE MANAGEMENT INC | MARSHALL & FRENCH | Answer 03/30/2010 |

EXHIBIT 2, page 15

**Complaint Number:** 0002 — CI COMPLAINT INTERVENTION of ELECTRIC INSURANCECOMPANY
**Original Filing Date:** 04/22/2010
**Complaint Status:** ACTIVE

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 9 | Plaintiff in Intervention | ELECTRIC INSURANCECOMPANY | PEARLMAN, BORSKA &WAX LLP | First Paper Fee Paid |
| 3 | Defendant | PRE-FAB INC | MARSHALL & FRENCH | Answer 04/27/2010 |
| 4 | Defendant | ANTHONY MARTINEZ | MARSHALL & FRENCH | Answer 09/22/2010 |
| 5 | Defendant | JAMES POWELL | MARSHALL & FRENCH | Answer 09/22/2010 |
| 6 | Defendant | PRE-FAB BUILDERS INC | MARSHALL & FRENCH | Answer 08/17/2010 |
| 10 | Defendant | ATCO NOISE MANAGEMENT INC | MARSHALL & FRENCH | Answer 04/27/2010 |
| 11 | Defendant | ATCO NOISE MANAGEMENT | Unrepresented | Erroneously Sued/Disposed 04/27/2010 |

### Case RIC10001033 - Actions/Minutes

| Viewed | Date | Action Text | Disposition | Image |
|---|---|---|---|---|
|  | 07/10/2013 8:30 AM DEPT. 06 | HEARING ON OSC RE: DISMISSAL AFTER SETTLEMENT PURSUANT TO RULE 3.1385(B). |  |  |
|  | 06/10/2013 8:30 AM DEPT. 06 | HEARING ON OSC RE: DISMISSAL AFTER SETTLEMENT PURSUANT TO RULE 3.1385(B). | Continued |  |
| Minutes | Print Minute Order | | | |
| N | 05/01/2013 | NOTICE OF RULING RE: OSC RE: DISMISSAL AFTER SETTLEMENT FILED | Not Applicable |  |
|  | 04/25/2013 8:30 AM DEPT. 06 | HEARING ON OSC RE: DISMISSAL AFTER SETTLEMENT PURSUANT TO RULE 3.1385(B). | Continued Not Heard |  |
| Minutes | Print Minute Order | | | |
|  | 04/18/2013 2:30 PM DEPT. 163 | MANDATORY SETTLEMENT CONFERENCE | Entire Case Settled |  |
| Minutes | Print Minute Order | | | |
|  | 04/02/2013 | MANDATORY SETTLEMENT CONFERENCE IS SET 4/18/13 AT 14:30 IN DEPT. 163 |  |  |
|  | 04/02/2013 | HEARING ON OSC RE: DISMISSAL AFTER SETTLEMENT | Continued Not |  |

EXHIBIT 2, page 16

| | | | | |
|---|---|---|---|---|
| | 8:30 AM DEPT. 06 | PURSUANT TO RULE 3.1385(B). | Heard | |
| **Minutes** | Print Minute Order | | | |
| N | 03/29/2013 | SYSTEM GENERATED NOTICE RE: CLERKS CERTIFICATE OF MAILING. | Not Applicable | |
| N | 03/29/2013 | SYSTEM GENERATED NOTICE RE: NOTICE OF ORDER TO SHOW CAUSE HEARING REGARDING DISMISSAL OF ENTIRE CASE. | Not Applicable | |
| | 03/26/2013 8:00 AM DEPT. 03 | COURT ON ITS OWN MOTION: ON THE COURTS OWN MOTION THE ORDER TO SHOW CAUSE IS CONTINUED | Completed | |
| **Minutes** | Print Minute Order | | | |
| | 03/01/2013 8:30 AM DEPT. 06 | HEARING ON OSC RE: DISMISSAL AFTER SETTLEMENT PURSUANT TO RULE 3.1385(B). | Continued | |
| **Minutes** | Print Minute Order | | | |
| N | 02/04/2013 | NOTICE OF RULING RE: OSC RE DISMISSAL FILED | Not Applicable | |
| | 01/30/2013 8:30 AM DEPT. 06 | HEARING ON OSC RE: DISMISSAL AFTER SETTLEMENT PURSUANT TO RULE 3.1385(B). | Continued | |
| **Minutes** | Print Minute Order | | | |
| | 11/16/2012 8:30 AM DEPT. 01 | JURY TRIAL | Off-Calendar | |
| **Minutes** | Print Minute Order | | | |
| N | 10/23/2012 | NOTICE OF CHANGE OF ADDRESS BY ALETHIA MITCHELL FILED. | Not Applicable | |
| | 10/23/2012 9:00 AM DEPT. 163 | MANDATORY SETTLEMENT CONFERENCE | Completed | |
| **Minutes** | Print Minute Order | | | |
| | 10/09/2012 11:30 AM DEPT. 163 | MANDATORY SETTLEMENT CONFERENCE | Completed | |
| **Minutes** | Print Minute Order | | | |
| | 10/05/2012 | --ALSO ON COMPLAINT INTERVENTION FILED 04/22/2010 OF ELECTRIC INSURANCECOMPANY CHANGE FIRM MARSHALL, FRENCH &DEGRAVE FOR PARTY(S) PRE- | Not Applicable | |

EXHIBIT 2, page 17

| | | | | |
|---|---|---|---|---|
| | | FAB INC, ANTHONY MARTINEZ, JAMES POWELL, PRE-FAB BUILDERS INC, ATCO NOISE MANAGEMENT INC TO FIRM MARSHALL & FRENCH | | |
| N | 10/05/2012 | NOTICE OF CHANGE OF FIRM NAME FILED; CHANGE FIRM MARSHALL, FRENCH &DEGRAVE FOR PARTY(S) PRE-FAB INC, ANTHONY MARTINEZ, JAMES POWELL, PRE-FAB BUILDERS INC, ATCO NOISE MANAGEMENT INC TO FIRM MARSHALL & FRENCH | Not Applicable | 🖼 |
| | 08/24/2012 8:30 AM DEPT. 01 | JURY TRIAL | Continued Not Heard | |

**Minutes**   [ Print Minute Order ]

| | | | | |
|---|---|---|---|---|
| | 08/07/2012 | JURY FEE DEPOSIT OF $150.00 PAID BY ALETHIA MITCHELL. | Not Applicable | |
| N | 08/07/2012 | NOTICE OF JURY FEE DEPOSIT BY ALETHIA MITCHELL FILED. | Not Applicable | 🖼 |
| N | 07/31/2012 | NOTICE OF POSTING JURY FEES BY PRE-FAB INC, ANTHONY MARTINEZ, JAMES POWELL, PRE-FAB BUILDERS INC, ATCO NOISE MANAGEMENT INC | | 🖼 |
| | 07/31/2012 | JURY FEE DEPOSIT OF $150.00 PAID BY ANTHONY MARTINEZ. | Not Applicable | |
| | 07/31/2012 | JURY FEE DEPOSIT OF $150.00 PAID BY ATCO NOISE MANAGEMENT INC. | Not Applicable | |
| | 07/31/2012 | JURY FEE DEPOSIT OF $150.00 PAID BY JAMES POWELL. | Not Applicable | |
| | 07/31/2012 | JURY FEE DEPOSIT OF $150.00 PAID BY PRE-FAB BUILDERS INC. | Not Applicable | |
| | 07/31/2012 | JURY FEE DEPOSIT OF $150.00 PAID BY PRE-FAB INC. | Not Applicable | |
| | 07/23/2012 1:30 PM DEPT. 163 | HEARING RE: MANDATORY SETTLEMENT CONFERENCE. | Completed | |

**Minutes**   [ Print Minute Order ]

| | | | | |
|---|---|---|---|---|
| | 07/20/2012 9:30 AM DEPT. 01 | HEARING RESERVED FOR EX PARTE TRIAL RELATED HEARING RE EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DATES. | Continued Not Heard | |

**Minutes**   [ Print Minute Order ]

| | | | | |
|---|---|---|---|---|
| N | 07/17/2012 | NOTICE OF CONTINUANCE OF TRIAL BY PRE-FAB INC, ANTHONY MARTINEZ, JAMES POWELL, PRE-FAB BUILDERS INC, ATCO NOISE MANAGEMENT INC FILED. | Not Applicable | 🖼 |
| | 07/13/2012 9:30 AM DEPT. 01 | HEARING RESERVED FOR EX PARTE TRIAL RELATED HEARING RE EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DATES. | Calendared (Reservation Hearings) | |
| | 07/13/2012 9:30 AM DEPT. 01 | EX PARTE HEARING RE CONTINUANCE OF TRIAL. | Granted | |

**Minutes**   [ Print Minute Order ]

| | | | | |
|---|---|---|---|---|
| N | 07/12/2012 | EX PARTE APPLICATION TO/FOR CONTINUANCE OF TRIAL BY ALETHIA MITCHELL, PRE-FAB INC, JAMES POWELL, ATCO NOISE MANAGEMENT INC FILED | Not Applicable | 🖼 |
| | 07/12/2012 | EX PARTE HEARING SET ON 7/13/12 AT 9:30 IN DEPT 01 | | |
| | 07/12/2012 | MOTION HEARING RESERVATION RE: CONTINUE TRIAL SET FOR 07/13/12 AT 09:30 IS CONFIRMED. | Not Applicable | |
| | 07/11/2012 | FEE PAID FOR ON-LINE RESERVATION OF MOTION ($60.00). CONFIRMATION NUMBER RES12757 FOR HEARING RESERVED ON 07/20/12. | Not Applicable | |

**Minutes**   [Print Minute Order]

Receipt: 120711-0235          $60.00

| | | | | |
|---|---|---|---|---|
| | 07/11/2012 | FEE PAID FOR ON-LINE RESERVATION OF MOTION ($60.00). CONFIRMATION NUMBER RES12757 FOR HEARING RESERVED ON 07/20/12. | Not Applicable | |

**Minutes**   [Print Minute Order]

Receipt: 120711-0084          $40.00

| | | | | |
|---|---|---|---|---|
| | 07/11/2012 | COURT REPORTER FEE (UNDER ONE HOUR) PAID BY PRE-FAB BUILDERS & ATCO NOISE MANAGEMENT INC FOR 07/20/12. | Not Applicable | |

**Minutes**   [Print Minute Order]

Receipt: 120711-0086          $30.00

| | | | | |
|---|---|---|---|---|
| | 07/10/2012 | HEARING RESERVED FOR EX PARTE TRIAL RELATED HEARING SET 07/20/12 AT 9:30 IN DEPT. 01 - RES12757. | | |
| | 07/10/2012 | ON-LINE MOTION RESERVED ON BEHALF OF DEFENDANTS, PRE-FAB, INC.; ATCO NOISE;. | | |
| | 05/11/2012 8:30 AM DEPT. 01 | JURY TRIAL | Vacated | |
| N | 05/03/2012 | NOTICE OF RULING RE: CONTINUED MANDATORY SETTLEMENT CONFERENCE FILED | Not Applicable | 🖼 |
| | 04/13/2012 | REJECTED DOCUMENT: NOTICE OF RULING SUBMITTED BY ALETHIA MITCHELL. | Not Applicable | |

**Minutes**   [Print Minute Order]

THE COURT IS UNABLE TO PROCESS THE ENCLOSED DOCUMENT(S) FOR THE REASON(S) INDICATED BELOW:
NO MANDATORY SETTLEMENT CONFERENCE SET FOR 07/23/12 AS OF TODAY
REJECT NOTICE PRINTED

| | | | | |
|---|---|---|---|---|
| | 04/09/2012 1:30 PM DEPT. 163 | MANDATORY SETTLEMENT CONFERENCE | Off-Calendar | |

**Minutes**   [Print Minute Order]

| | | | | |
|---|---|---|---|---|
| | 03/19/2012 9:30 AM DEPT. 01 | EX PARTE HEARING RE CONTINUE TRIAL. | Granted | |

EXHIBIT 2, page 19

**Minutes**   [ Print Minute Order ]

| | | | | |
|---|---|---|---|---|
| | 03/16/2012 | EX PARTE HEARING SET ON 3/19/12 AT 9:30 IN DEPT 01 | | |
| N | 03/16/2012 | EX PARTE APPLICATION TO/FOR CONTINUE TRIAL BY ALETHIA MITCHELL FILED | Not Applicable | 🖼️ |

**Minutes**   [ Print Minute Order ]

Receipt: 120316-0114    $40.00

| | | | | |
|---|---|---|---|---|
| N | 11/07/2011 | NOTICE OF MANDATORY SETTLEMENT CONFERENCE AND TRIAL BY ELECTRIC INSURANCECOMPANY FILED. | Not Applicable | 🖼️ |
| | 11/02/2011 8:30 AM DEPT. 01 | TRIAL SETTING CONFERENCE | Completed | |

**Minutes**   [ Print Minute Order ]

| | | | | |
|---|---|---|---|---|
| N | 07/06/2011 | STIPULATION AND ORDER FOR CONTINUE MEDIATION COMPLETION DATE IS GRA; HONORABLE JUDGE GLORIA CONNOR TRASK. | Not Applicable | 🖼️ |
| | 07/06/2011 8:30 AM DEPT. 01 | TRIAL SETTING CONFERENCE RE: MEDIATION. | TRIAL SETTING CONFERENCE SET | |

**Minutes**   [ Print Minute Order ]

| | | | | |
|---|---|---|---|---|
| | 06/21/2011 | STIPULATION AND ORDER FEE PAID BY ALETHIA MITCHELL | Not Applicable | |

**Minutes**   [ Print Minute Order ]

Receipt: 110621-0395    $20.00

| | | | | |
|---|---|---|---|---|
| | 02/03/2011 | CASE IS REASSIGNED TO HONORABLE JUDGE GLORIA CONNOR TRASK IN DEPARTMENT 03 FOR CASE MANAGEMENT PURPOSES AND IS ASSIGNED TO DEPARTMENT 02 FOR LAW AND MOTION PURPOSES | | |

**Minutes**   [ Print Minute Order ]

NOTICE SENT TO STEVEN C GEETING ON 2/03/11
NOTICE SENT TO PEARLMAN, BORSKA &WAX LLP ON 2/03/11
NOTICE SENT TO MARSHALL, FRENCH &DEGRAVE ON 2/03/11

| | | | | |
|---|---|---|---|---|
| | 02/01/2011 8:30 AM DEPT. 01 | CASE MANAGEMENT CONFERENCE HEARING | Hearing Held | |

**Minutes**   [ Print Minute Order ]

| | | | | |
|---|---|---|---|---|
| N | 01/20/2011 | CASE MANAGEMENT STATEMENT BY ELECTRIC INSURANCECOMPANY FILED UNTIMELY PURSUANT TO CRC 3.725 | Not Applicable | 🖼️ |
| N | 01/10/2011 | CASE MANAGEMENT STATEMENT FILED BY ALETHIA MITCHELL | Not Applicable | 🖼️ |

EXHIBIT 2, page 20

| | 12/21/2010 | CASE IS REASSIGNED TO HONORABLE JUDGE MAC R. FISHER IN DEPARTMENT 01 FOR CASE MANAGEMENT PURPOSES AND IS ASSIGNED TO DEPARTMENT 2 FOR LAW AND MOTION PURPOSES | | |

**Minutes**    Print Minute Order

NOTICE SENT TO STEVEN C GEETING ON 12/21/10
NOTICE SENT TO PEARLMAN, BORSKA &WAX LLP ON 12/21/10
NOTICE SENT TO MARSHALL, FRENCH &DEGRAVE ON 12/21/10

| | 09/22/2010 | ANSWER TO COMPLAINT INTERVENTION FILED 04/22/2010 OF ELECTRIC INSURANCECOMPANY BY ANTHONY MARTINEZ, JAMES POWELL REPRESENTED BY MARSHALL, FRENCH &DEGRAVE FILED. (OVER $25,000.00) | Not Applicable | N/A |
| N | 08/17/2010 | ANSWER TO COMPLAINT INTERVENTION FILED 04/22/2010 OF ELECTRIC INSURANCECOMPANY BY PRE-FAB BUILDERS INC REPRESENTED BY MARSHALL, FRENCH &DEGRAVE FILED. (OVER $25,000.00) | Not Applicable | 🖼️ |
| | 07/26/2010 8:30 AM DEPT. 06 | CASE MANAGEMENT CONFERENCE HEARING | Continued | |

**Minutes**    Print Minute Order

| | 07/26/2010 8:30 AM DEPT. 06 | ORDER TO SHOW CAUSE HEARING WHY SANCTIONS OF $150.00 ON THE COMPLAINT INTERVENTION FILED 04/22/2010 OF ELECTRIC INSURANCECOMPANY AS TO ANTHONY MARTINEZ, JAMES POWELL SHOULD NOT BE ORDERED FOR FAILURE TO FILE PROOF OF SERVICE OF SUMMONS. | Vacated | |

**Minutes**    Print Minute Order

| N | 07/20/2010 | PROOF OF SERVICE BY MAIL OF SUMMONS ON COMPLIANT IN INTERVENTION ON MARSHALL FRENSH & DEGRAVE WITH A MAILING DATE OF 07/19/10 FILED. (NON-COMPLAINT) | Not Applicable | 🖼️ |
| N | 07/16/2010 | PROOF OF SERVICE BY MAIL ON THE COMPLAINT INTERVENTION FILED 04/22/2010 OF ELECTRIC INSURANCECOMPANY SERVED ON PRE-FAB INC, ANTHONY MARTINEZ, JAMES POWELL, PRE-FAB BUILDERS INC, ATCO NOISE MANAGEMENT INC FILED; DATE OF MAILING 07/14/10 | Not Applicable | 🖼️ |
| N | 07/15/2010 | ANSWER TO COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL BY JAMES POWELL REPRESENTED BY MARSHALL, FRENCH &DEGRAVE FILED. (OVER $25,000.00) | Not Applicable | 🖼️ |

**Minutes**    Print Minute Order

Receipt: 100715-0437          $370.00

| N | 07/12/2010 | CASE MANAGEMENT STATEMENT BY ELECTRIC INSURANCECOMPANY FILED UNTIMELY PURSUANT TO CRC 3.725 | Not Applicable | 🖼️ |
| N | 07/09/2010 | CASE MANAGEMENT STATEMENT FILED BY ANTHONY MARTINEZ, JAMES POWELL, PRE-FAB BUILDERS INC, | Not Applicable | 🖼️ |

EXHIBIT 2, page 21

| | | ATCO NOISE MANAGEMENT INC | | |
|---|---|---|---|---|
| N | 07/08/2010 | CASE MANAGEMENT STATEMENT FILED BY ALETHIA MITCHELL | Not Applicable | 📷 |
| N | 06/24/2010 | PROOF OF SERVICE BY MAIL OF ORDER GRANTING LEAVE TO INTERVENE/SUMMONS ON COMPL ON CRAIG A FRENCH ESQ WITH A MAILING DATE OF 06/23/10 FILED. (NON-COMPLAINT) | Not Applicable | 📷 |
| | 06/24/2010 | --ALSO SERVED COMPLAINT INTERVENTION FILED 04/22/2010 OF ELECTRIC INSURANCECOMPANY ON PRE-FAB BUILDERS INC WITH DATE OF MAILING 06/22/10-- | Not Applicable | |
| N | 06/24/2010 | AMENDMENT TO COMPLAINT INTERVENTION FILED 04/22/2010 OF ELECTRIC INSURANCECOMPANY NAMING DOES 01 TO BE PRE-FAB BUILDERS INC FILED. | Not Applicable | 📷 |
| N | 06/22/2010 | PROOF OF SERVICE (SUB-SERVED AND MAILED) ON COMPLAINT INTERVENTION FILED 04/22/2010 OF ELECTRIC INSURANCECOMPANY AS TO JAMES POWELL; MAILING DATE OF 06/17/10 FILED. | Not Applicable | 📷 |
| N | 06/09/2010 | ANSWER TO COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL BY ANTHONY MARTINEZ, PRE-FAB BUILDERS INC REPRESENTED BY MARSHALL, FRENCH &DEGRAVE FILED. (OVER $25,000.00) | Not Applicable | 📷 |

**Minutes**   [Print Minute Order]

Receipt: 100609-0519      $740.00

| | 05/26/2010 8:00 AM DEPT. CLERK | NON-PROOF OF SERVICE HRG ON COMPLAINT INTERVENTION FILED 04/22/2010 OF ELECTRIC INSURANCECOMPANY | OSC SET | |
|---|---|---|---|---|

**Minutes**   [Print Minute Order]

| | | | | |
|---|---|---|---|---|
| N | 05/13/2010 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE ON THE COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL AS TO PRE-FAB INC, PRE-FAB ERECTORS INC | Not Applicable | 📷 |
| N | 04/27/2010 | ANSWER TO COMPLAINT INTERVENTION FILED 04/22/2010 OF ELECTRIC INSURANCECOMPANY BY PRE-FAB INC, ATCO NOISE MANAGEMENT INC REPRESENTED BY MARSHALL, FRENCH &DEGRAVE FILED. (OVER $25,000.00) | Not Applicable | 📷 |
| | 04/27/2010 | ATCO NOISE MANAGEMENT INC ERRONEOUSLY SUED AS ATCO NOISE MANAGEMENT | Not Applicable | |
| N | 04/26/2010 | NOTICE OF RULING RE: COMPLAINT IN INTERVENTION BY ELECTRIC INS COMP. FILED | Not Applicable | 📷 |
| | 04/26/2010 8:00 AM DEPT. CLERK | NON-PROOF OF SERVICE (NON-APPEARANCE) HEARING | Vacated | |
| N | 04/22/2010 | ORDER GRANTING LEAVE TO INTERVENE. HONORABLE JUDGE MAC R. FISHER. | Not Applicable | 📷 |
| N | 04/22/2010 | ORDER FOR LEAVE TO INTERVENE IS GRA AND FILED; HONORABLE JUDGE MAC R. FISHER. | Not Applicable | 📷 |
| | 04/22/2010 | NON PROOF OF SERVICE HEARING SET ON 5/26/10 @ 8:00 IN DEPARTMENT CLERK | | |

EXHIBIT 2, page 22

| | | | | |
|---|---|---|---|---|
| N | 04/22/2010 | SUMMONS ISSUED ON COMPLAINT INTERVENTION FILED 04/22/2010 OF ELECTRIC INSURANCECOMPANY AND FILED. | Not Applicable | |
| N | 04/22/2010 | COMPLAINT IN INTERVENTION FILED. | Not Applicable | 1 |
| | 04/22/2010 8:30 AM DEPT. 06 | HEARING RE: MOTION TO/FOR LEAVE TO FILE COMPLAINT IN INTERVENTION - BY ELECTRIC INSURANCECOMPANY | Granted | |

**Minutes**  [Print Minute Order]

| | | | | |
|---|---|---|---|---|
| N | 03/30/2010 | ANSWER TO COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL BY ATCO NOISE MANAGEMENT INC REPRESENTED BY MARSHALL, FRENCH &DEGRAVE FILED. (OVER $25,000.00) | Not Applicable | |

**Minutes**  [Print Minute Order]
Receipt: 100330-0486      $370.00

| | | | | |
|---|---|---|---|---|
| | 03/30/2010 | ATCO NOISE MANAGEMENT INC ERRONEOUSLY SUED AS ATCO NOISE MANAGEMENT | Not Applicable | |
| N | 03/08/2010 | NOTICE OF MOTION FOR LEAVE TO FILE COMPLAINT-IN-INTERVENTION BY ELECTRIC INSURANCECOMPANY FILED. | Not Applicable | |
| N | 03/08/2010 | PROOF OF SERVICE BY MAIL OF MTN FOR LEAVE TO FILE COMPLAINT-IN-INTERVENTION ON MARSHALL, FRENCH & DEGRAVE WITH A MAILING DATE OF 03/04/10 FILED. (NON-COMPLAINT) | Not Applicable | |
| | 03/05/2010 8:00 AM DEPT. CLERK | NON-PROOF OF SERVICE HRG COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL AS TO DOE PRE-FAB BUILDERS INC | Vacated | |
| | 03/05/2010 8:00 AM DEPT. CLERK | NON-PROOF OF SERVICE HRG COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL AS TO DOE PRE-FAB ERECTORS INC | Vacated | |
| N | 03/01/2010 | ANSWER TO COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL BY PRE-FAB INC REPRESENTED BY MARSHALL, FRENCH &DEGRAVE FILED. (OVER $25,000.00) | Not Applicable | |

**Minutes**  [Print Minute Order]
Receipt: 100301-0450      $370.00

| | | | | |
|---|---|---|---|---|
| | 02/24/2010 | REMOVE FROM THE COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL THE FOLLOWING PARTY(S) ELECTRIC INSURANCECOMPANY | Not Applicable | |
| N | 02/22/2010 | PROOF OF SERVICE ON THE COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL SERVED ON ATCO NOISE MANAGEMENT WITH SERVICE DATE OF 02/16/10 FILED.(PERSONAL SERVICE) | Not Applicable | |
| N | 02/18/2010 | PROOF OF SERVICE ON THE COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL SERVED ON PRE-FAB BUILDERS INC WITH SERVICE DATE OF 02/10/10 FILED. (PERSONAL SERVICE) | Not Applicable | |
| N | 02/18/2010 | PROOF OF SERVICE (SUB-SERVED AND MAILED) ON COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL AS | Not Applicable | |

EXHIBIT 2, page 23

| | | | | |
|---|---|---|---|---|
| | | TO JAMES POWELL; MAILING DATE OF 02/10/10 FILED. | | |
| N | 02/18/2010 | PROOF OF SERVICE ON THE COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL SERVED ON PRE-FAB ERECTORS INC WITH SERVICE DATE OF 02/10/10 FILED. (PERSONAL SERVICE) | Not Applicable | 📧 |
| N | 02/18/2010 | PROOF OF SERVICE (SUB-SERVED AND MAILED) ON COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL AS TO ANTHONY MARTINEZ; MAILING DATE OF 02/10/10 FILED. | Not Applicable | 📧 |
| | 02/18/2010 | MOTION FEE POSTED BY ELECTRIC INSURANCECOMPANY | Not Applicable | |

**Minutes**    [ Print Minute Order ]
      Receipt: 100224-0329      $40.00

| | | | | |
|---|---|---|---|---|
| | 02/18/2010 | HEARING SET 4/22/10 AT 8:30 IN DEPARTMENT 06 | | |
| N | 02/18/2010 | MOTION TO/FOR LEAVE TO FILE COMPLAINT IN INTERVENTION - BY ELECTRIC INSURANCECOMPANY FILED | | 📧 |

**Minutes**    [ Print Minute Order ]
      Receipt: 100224-0325      $370.00

| | | | | |
|---|---|---|---|---|
| N | 02/08/2010 | PROOF OF SERVICE ON THE COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL SERVED ON PRE-FAB INC WITH SERVICE DATE OF 02/03/10 FILED.(PERSONAL SERVICE) | Not Applicable | 📧 |
| N | 02/03/2010 | AMENDMENT TO COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL NAMING DOES 02 TO BE PRE-FAB ERECTORS INC FILED. | Not Applicable | 📧 |
| N | 02/03/2010 | AMENDMENT TO COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL NAMING DOES 1 TO BE PRE-FAB BUILDERS INC FILED. | Not Applicable | 📧 |
| N | 01/26/2010 | SUMMONS ISSUED ON COMPLAINT FILED 01/26/2010 OF ALETHIA MITCHELL AND FILED. | Not Applicable | 📧 |
| N | 01/26/2010 | CERTIFICATE OF COUNSEL FILED. | Not Applicable | 📧 |
| | 01/26/2010 | NON PROOF OF SERVICE HEARING SET FOR 4/26/10 AT 8:00 IN DEPT CLERK | | |
| | 01/26/2010 | DIRECTLY ASSIGNED TO DEPARTMENT 06 FOR CASE MANAGEMENT PURPOSES. | | |
| N | 01/26/2010 | COMPLAINT FILED FAST TRACK - SUMMONS ISSUED. | Not Applicable | 📧 [1] |

**Minutes**    [ Print Minute Order ]
      Receipt: 100126-0507      $370.00

## Case RIC10001033 - Pending Hearings

| Date | Action Text | Disposition | Image |
|---|---|---|---|
| 06/10/2013 8:30 AM DEPT. 06 | HEARING ON OSC RE: DISMISSAL AFTER SETTLEMENT PURSUANT TO RULE 3.1385(B). | Continued | |
| 07/10/2013 8:30 AM DEPT. 06 | HEARING ON OSC RE: DISMISSAL AFTER SETTLEMENT PURSUANT TO RULE 3.1385(B). | | |

EXHIBIT 2, page 24



**Riverside Public Access 5.7.22 © 2013 ISD Corporation. All Rights Reserved. www.isd-corp.com**
**Contact Us**

EXHIBIT 2, page 25

## Superior Court Of California – County Of Riverside

### Settlement Agreement

Case Number: RIC **RIC/000/033**              Date: A\18\13 _____, 201 3

#### THIS IS A BINDING SETTLEMENT AGREEMENT THAT CANNOT BE CANCELED

This Agreement is enforceable pursuant to CCP Section 664.6 and Evidence Code Section 1123(b). If any party institutes proceedings under those sections to enforce this Agreement, the prevailing party shall be entitled to reasonable attorney's fees and costs.

Plaintiff(s) shall execute the customary release of all claims, including a waiver of CC section 1542, which is to be prepared and sent by Defense Counsel, or by Defendant if not represented by an attorney, to Plaintiff's Counsel, or to Plaintiff if not represented by an attorney.

The terms and conditions of settlement are as follows:

DEFENDANTS TO PAY $ 1,000,000 (one MILLION) TO PLAINTIFF, ALETHIA Mitchell, Her attorneys, and the intervenor. From this sum, the intervenor is to receive $75000. The balance of the settlement will resolve in their entirety both this civil lawsuit and Alethia Mitchell's WCAB case, which arose out of the February 4, 2008 work-related accident. This settlement includes any Workers' Compensation payments due after today. A third party C+R will be drafted by the Workers Compensation attorneys, Lucy Bishop and Jack Cohen which will be presented to the parties and their attorneys for signatures forthwith. PAYMENT OF $925,000 WILL BE PAID TO ALETHIA MITCHELL AND STEVEN GEETING. PLAINTIFF MAY STRUCTURE PART OF SETTLEMENT NOTICE TO DEFENDANTS IN 10 DAYS. The $75,000 check to the intervenor should be made payable to Electric Insurance Company An alternative to the resolution of the WCAB case is to have Alethia Mitchell and her counsel dismiss her Workers' Compensation case with prejudice. Each side to bear their own fees and costs.

(Continue on other side if necessary.)

Plaintiff(s)/Attorney(s)                    Defendant(s)/Attorney(s)
(Print name and sign)                       (Print name and sign)

_EXHIBIT 3, page 26_