| | |
|---|---|
| 1 | PETER C. ANDERSON |
| | UNITED STATES TRUSTEE |
| 2 | ABRAM S. FEUERSTEIN, SBN 133775 |
| | ASSISTANT UNITED STATES TRUSTEE |
| 3 | JASON SCHRADER, SBN 258706 |
| | TRIAL ATTORNEY |
| 4 | UNITED STATES DEPARTMENT OF JUSTICE |
| | OFFICE OF THE UNITED STATES TRUSTEE |
| 5 | 3801 University Avenue, Suite 720 |
| | Riverside, CA 92501-3200 |
| 6 | Telephone:    (951) 276-6990 |
| | Facsimile:    (951) 276-6973 |
| 7 | Email:    Jason.K.Schrader@usdoj.gov |

**FILED & ENTERED**

JUN 12 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tapia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

In re:

ALETHIA ANN MITCHELL,

Debtor.

Case No. 6:12-bk-34633-MW

Chapter 7

**ORDER GRANTING UNITED STATES TRUSTEE'S *EX PARTE* MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE**

[Relates to Docket No. 17]

[Pursuant to LBR 5010-1(e), No Hearing Required]

The Court, having considered the *ex parte* motion of Peter C. Anderson, the United States Trustee for Region 16 ("U.S. Trustee"), pursuant to Section 350(b) of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 5010 and Local Bankruptcy Rule 5010-1, for entry of an order reopening the Chapter 7 bankruptcy case of Alethia Ann Mitchell ("Motion"); and finding that good cause exists to grant the Motion,

**IT IS HEREBY ORDERED** that:

1.    The Motion is granted;

2. The above-captioned bankruptcy case is reopened; and

3. The U.S. Trustee is hereby directed to appoint a Chapter 7 trustee.

####

Date: June 12, 2013

Mark S. Wallace
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER GRANTING UNITED STATES TRUSTEE'S *EX PARTE* MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) June 11, 2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Ch 7 Trustee:             Larry D Simons (TR)     larry@lsimonslaw.com, c119@ecfcbi
Debtor's Counsel:         David Lozano     notices@dlbklaw.com
Interested Parties:       Avi Schild     bk@atlasacq.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Debtor:
Alethia Ann Mitchell
31080 Lahontan Street
Temecula, CA 92592

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page