1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  OFFICE OF THE UNITED STATES TRUSTEE
   3801 University Avenue, Suite 720
3  Riverside, California 92501
   Telephone:   (951) 276-6990
4  Fax:         (951) 276-6973

5

6

7

8                  UNITED STATES BANKRUPTCY COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                         RIVERSIDE DIVISION

11  In Re:                          )   Case Number : 6:12-bk-34633 MW
                                    )
12  ALETHIA ANN MITCHELL            )   Chapter 7
                                    )
13                                  )   NOTICE OF RE-APPOINTMENT OF
                                    )   TRUSTEE AND FIXING OF BOND;
14                                  )   ACCEPTANCE OF APPOINTMENT AS
                                    )   TRUSTEE
15
        Pursuant to 11 U.S.C. § 703 (c)(1) and 11 U.S.C. § 322:
16
                    LARRY D. SIMONS, RIVERSIDE, CA
17

18
    is re-appointed Interim Trustee of the case of said debtor(s) and is hereby designated to
19
    preside at the meeting of creditors. This case is covered by the chapter 7 blanket bond on
20
    file with the Court on behalf of the Trustees listed on Schedule A of the bond and any
21
    amendments or modifications thereto.
22
    DATED: July 5, 2013
23

24

25
                                            PETER C. ANDERSON
26                                          UNITED STATES TRUSTEE

27

28

1     I, the undersigned, affirm that to the best of my knowledge and belief, I am

2 disinterested within the meaning of 11 U.S.C. § 101(14) and on the basis I hereby accept my

3 re-appointment as Interim Trustee in the above case, In Re: 6:12-bk-34633 MW. I will

4 immediately notify the United States Trustee if I become aware of any facts to the contrary.

5 DATED: 7/8/13

                                              LARRY D. SIMONS
                                              Trustee

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

7121 Magnolia Avenue, Riverside, CA 92504

A true and correct copy of the foregoing document entitled (specify):

**NOTICE OF RE-APPOINTMENT OF TRUSTEE AND FIXING OF BOND; ACCEPTANCE OF APPOINTMENT AS TRUSTEE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) ___7/8/13___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Avi Schild: bk@atlasacq.com
David Lozano: notices@dlbklaw.com
OUST-Riverside: ustpregion16.rs.ecf@usjdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) ___7/8/13___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Alethia Ann Mitchell: 31080 Lahontan Street, Temecula, CA 92592

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/8/13 | Nancy L. Simons | /s/ Nancy L. Simons |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE