1  ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
2  Helen R. Frazer        STATE BAR NO. 92627, Email: HFrazer@aalrr.com
12800 Center Court Drive South, Suite 300
3  Cerritos, California 90703-9364
Telephone: (562) 653-3200
4  Fax: (562) 653-3333

5  Proposed Counsel to Chapter 7 Trustee

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10                          RIVERSIDE DIVISION

11  In re:                              | Case No.    6:12-bk-34633 MW

12  ALETHIA ANN MITCHELL                | CHAPTER 7

13            Debtor.                   | **CHAPTER 7 TRUSTEE'S APPLICATION
                                        | TO EMPLOY COUNSEL;
14                                      | DECLARATION IN SUPPORT**

15                                      | No Hearing Required

16

17  TO THE HONORABLE MARKWALLACE, UNITED STATES BANKRUPTCY COURT

18  JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED

19  PARTIES:

20        Larry D. Simons, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate

21  ("Estate") of Alethia Ann Mitchell ("Debtor"), submits this application ("Application") for entry

22  of an Order authorizing the employment of Atkinson, Andelson, Loya, Ruud & Romo ("Firm") as

23  general counsel in this case pursuant to 11 U.S.C. §327.

24        In support of this Application, the Trustee respectfully represents as follows:

25  A.    <u>REQUIREMENTS FOR APPLICATION TO EMPLOY PROFESSIONAL</u>

26        Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure ("FRBP") and Rule

27  2014-1 of the Local Bankruptcy Rules ("LBR"), there follows a summary of the proposed

28  employment of the Firm.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

1.    <u>LBR 2014-1(b)(1)(A) and LBR 2014-1(b)(3)(B) – Employment and Compensation</u>

Pursuant to LBR 2014-1(b)(1)(A), "[a]n application seeking approval of employment of a professional person pursuant to 11 U.S.C. §§ 327, 328, 1103(a), or 1114 must comply with the requirements of FRBP 2014 and 6003(a) and be filed with the court. The application must specify unambiguously whether the professional seeks compensation pursuant to 11 U.S.C. § 328 or 11 U.S.C. § 330." Pursuant to LBR 2014-1(b)(3)(B), the Notice of the Application must also "[s]tate whether the professional seeks compensation pursuant to 11 U.S.C. § 328 or 11 U.S.C. § 330."

The Trustee seeks employment of the Firm pursuant to 11 U.S.C. §327. The Firm will seek compensation pursuant to 11 U.S.C. §§330 and 331.

2.    <u>FRBP 2014</u>

Rule 2014(a) of the Federal Rules of Bankruptcy Procedure provides as follows: An order approving the employment of attorneys, accountants, appraisers, auctioneers, agents, or other professionals pursuant to §327, §1103, or §1114 of the Code shall be made only on application of the trustee or committee. The application shall be filed and, unless the case is a chapter 9 municipality case, a copy of the application shall be transmitted by the applicant to the United States trustee. The application shall state the specific facts showing the necessity for the employment, the name of the person to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the person's connections with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee. The application shall be accompanied by a verified statement of the person to be employed setting forth the person's connections with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

The Trustee is seeking employment of the Firm. A copy of this Application will be served on the Office of the United States Trustee.

a.    <u>FRBP 2014 - Facts Showing the Necessity for the Employment</u>

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE (562) 653-3200
FAX: (562) 653-3333

On October 31, 2012 (the "Petition Date"), Debtors filed a voluntary petition under Chapter 7 of Title 11 of the United States Code. The Trustee's analysis of Debtors' sworn schedules and statements, pleadings filed in this case, indicates that assets which may constitute property of the Estate have not been turned over to the Trustee's control and that significant property assets may exist which could be administered for the benefit of creditors.

Specifically, the facts in this case are as follows: The Trustee conducted an initial meeting of creditors pursuant to 11 U.S.C. §341a on December 7, 2012. The Debtor's schedules indicated she held a potential claim against her former employer, QCI, Inc., for worker's compensation and personal injury. At the 341a meeting, the Debtor testified that no complaint had been filed but that she had retained an attorney. The Trustee continued the creditor meeting until January 9, 2013 and tried unsuccessfully to reach the Debtor's state court attorney. On January 11, 2013, the Trustee filed a no asset report and the case was closed.

Subsequent to the closing of the case, the Trustee learned that Debtor had, in fact, filed a lawsuit in the Riverside County Superior Court on January 26, 2010 as Case number RIC10001033 entitled *Mitchell v. Atco Noise Management.* Immediately prior to filing the bankruptcy case, in October 2012, Debtor participated in two mandatory settlement conferences in the case which ultimately resulted in a settlement of approximately $1 million.

Based on these facts, The Office of the United States Trustee, on June 11, 2013, filed a motion to re-open the case. The case was re-opened on June 13, 2013 and Larry D. Simons was re-appointed as Trustee.

The Trustee requires counsel to file an objection to the Debtor's claim of exemption in the personal injury cause of action and to file an adversary complaint to revoke the Debtor's discharge.

The Trustee further requires assistance of counsel to analyze these and other legal issues, identify other potential assets of the estate, investigate and pursue assets and legal claims of the Estate, recover and effect turnover of liquid assets of the Estate, advise the Trustee in his administration of the Estate, and provide general legal counsel during the pendency of this Chapter 7 proceeding.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

b.   <u>FRBP 2014 and LBR 2014-1(b)(3)(A) - Name of the Person to Be Employed</u>

In addition to the provisions of Rule 2014 of the Federal Rules of Bankruptcy Procedure, LBR 2014-1(b)(3)(A) provides that the Notice of the Application must "[s]tate the *identity of the professional* and the purpose and scope for which it is being employed" (emphasis added).

The Trustee seeks to employ the law firm of Atkinson, Andelson, Loya, Ruud & Romo.  Pursuant to Rule 2014(b) of the Federal Rules of Bankruptcy Procedure, partners, members, and regular associates of the Firm will act as attorneys for the Estate without further order of the court.

The professionals of the Firm who may render services in connection with the Firm's representation of the Estate are identified in the Firm's billing detail, to be submitted with each application for allowance of fees and reimbursement of costs, by their initials. Those persons are:

|  | Timekeeper |
| --- | --- |
| HRF | Helen R. Frazer, Partner |
| MEB | Mary Buenaventura, Paralegal |

c.   <u>FRBP 2014 and LBR 2014-1(b)(3)(A) - Reasons for the Selection</u>

In addition to the provisions of Rule 2014 of the Federal Rules of Bankruptcy Procedure, LBR 2014-1(b)(3)(A) provides that the Notice of the Application must "[s]tate the identity of the professional and the *purpose* and scope for which it is being employed" (emphasis added).

The Trustee believes that the Firm is well-qualified to render the requested professional services to the Estate, set forth more fully below.  The Firm comprises attorneys who have extensive experience in insolvency, bankruptcy, real estate litigation, and corporate reorganization as well as litigation matters of the type that may need to be pursued on behalf of the Estate.  The Firm is experienced in debtor/creditor matters, including the representation of trustees in bankruptcy cases. The Firm has handled most issues that routinely arise in the context of a bankruptcy case, including issues of asset identification and recovery, contested turnover,

1  and litigation of adversary proceedings alleging fraudulent conveyances and preferences.

2      All attorneys comprising or associated with the Firm who will appear in this case

3  are duly admitted to practice law in the courts of the State of California, the United States District

4  Court for the Central District of California, and this Court.  A biography of each professional of

5  the Firm and a list of the current hourly billing rates is attached as Exhibit "1" to the Declaration

6  of Helen R. Frazer (the "Frazer Declaration").

7      Each of the Firm's partners, associates, and paralegals who will work on this case

8  are familiar with Title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure,

9  and the Local Bankruptcy Rules of this Court.

10      d.    FRBP 2014 and LBR 2014-1(b)(3)(A) - Professional Services to be

11          Rendered

12      In addition to the provisions of Rule 2014 of the Federal Rules of Bankruptcy

13  Procedure, LBR 2014-1(b)(3)(A) provides that the Notice of the Application must "[s]tate the

14  identity of the professional and the purpose and *scope* for which it is being employed" (emphasis

15  added).

16      As set forth above, the Debtor misled the Trustee with respect to pending litigation

17  to which she was a party and the settlement which was actively being negotiated at the time of the

18  bankruptcy filing. Trustee's counsel will file an objection to the Debtor's claim of exemption in

19  the asset and will file a complaint seeking to revoke Debtor's discharge.

20

21      In addition, the Firm may be required to assist the Trustee in the following
matters:

22      1.    To represent Trustee in any proceeding or hearing in the Bankruptcy Court and in

23  any action where the rights of the Estate or Trustee may be litigated or affected;

24      2.    To conduct examinations of Debtors, witnesses, claimants, or adverse parties and

25  to prepare and assist in the preparation of reports, accounts, applications, motions, complaints,

26  and orders;

27      3.    To represent the Trustee in any court proceedings affecting the administration of

28  this Estate; and

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE (562) 653-3200
FAX: (562) 653-3333

000890.00000
11384766.1

4.      To perform any and all other legal services incident and necessary for the smooth administration of this bankruptcy case.

e.      FRBP 2014 and LBR 2014-1(b)(3)(C) - Proposed Arrangement for Compensation

In addition to the provisions of Rule 2014 of the Federal Rules of Bankruptcy Procedure, LBR 2014-1(b)(3)(C) provides that the Notice of the Application must "[d]escribe the arrangements for compensation, including the hourly rate of each professional to render services, source of the fees, the source and amount of any retainer, the date on which it was paid, and any provision regarding replenishment thereof[.]"

The Firm will render services to the Trustee at the Firm's regular hourly rates, which may be adjusted from time to time. The Firm's current hourly billing rates are as follows:

| Timekeeper | Rate/Hour |
| --- | --- |
| Helen R. Frazer | $485 |
| Mary Buenaventura | $150 |

The Firm will be compensated from assets of the Estate, if any, and will not be compensated absent the Estate's receipt or recovery of such assets. The Firm has received no retainer for the services to be performed in this case, and has agreed that no retainer will be paid.

The Firm understands that its compensation in this case is subject to approval by the Bankruptcy Court. In compliance with 11 U.S.C. §§330 and 331, the Firm intends to file interim and final applications for allowance of fees and reimbursement of costs as and when appropriate.

The Firm has advised the Trustee that the Firm has not shared or agreed to share any compensation to be received by it in this case with any other person, except as among partners of the Firm.

f.      FRBP 2014 - Firm's Connections and Associations

Except as disclosed herein and to the best of the Firm's knowledge, neither the Firm, nor any of the attorneys comprising or employed by it, has any connection with Debtors or

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

1  Debtors' attorneys or accountants, Debtors' creditors, or any other outside party in interest, or

2  their respective attorneys or accountants.

3  Based on the foregoing, the Trustee believes that the Firm is a "disinterested

4  person" within the meaning of 11 U.S.C. §101(14).

5  The Firm does not have an interest adverse to Debtors or the bankruptcy Estate. As of the

6  Petition Date, the Firm was not a creditor of the Estate and was not owed any funds by Debtors.

7  To the best of the Firm's knowledge, and as set forth in the attached Frazer Declaration,

8  none of the attorneys comprising or employed by the Firm are related to any judge of the United

9  States Bankruptcy Court for the Central District of California, the United States Trustee, or any

10  person currently employed in the Office of the United States Trustee except that Helen R. Frazer is

11  a chapter 7 panel trustees for the Central District of California.

12  3.  LBR 2014-1(b)(1)(B) – Disinterestedness of the Firm

13  Pursuant to LBR 2014-1(b)(1)(B), "The application must be accompanied by a

14  declaration of the person to be employed establishing disinterestedness or disclosing the nature of

15  any interest held by such person." The Declaration of Helen R. Frazersubmitted with this

16  Application provides information establishing the Firm's disinterestedness.

17  4.  LBR 2014-1(b)(1)(C) – Service on Office of the United States Trustee

18  Pursuant to Pursuant to LBR 2014-1(b)(1)(C), "The United States Trustee must be

19  served, in accordance with LBR 2002-2(a), with a copy of the application and supporting

20  declaration not later than the day it is filed with the court. No hearing is required unless

21  requested by the United States Trustee or a party in interest, or as otherwise ordered by the

22  court." As set forth in the sworn Proof of Service filed contemporaneously with this document,

23  the Firm served a copy of this Application on the Office of the United States Trustee on the date

24  this Application was filed with the Court.

25

26  B.  CONCLUSION

27  The Trustee requests that he be authorized to employ the Firm as his and the

28  Estate's general counsel pursuant to 11 U.S.C. §327 at the Firm's hourly rates with any

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE (562) 653-3200
FAX: (562) 653-3333

000890.00000
11384766.1

1    compensation and reimbursement of costs to be paid by the Estate only upon application to and

2    approval by the Court pursuant to 11 U.S.C. §§330 and 331.

3

4    Dated: July 10, 2013                    Respectfully submitted,

5                                            By: _____

6                                            LARRY D. SIMONS

7                                            Chapter 7 Trustee for the Bankruptcy Estate
                                             of Alethia Ann Mitchell

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

### DECLARATION OF HELEN R. FRAZER

I, HELEN R. FRAZER, declare:

1.     I am an attorney at law duly licensed to practice before this Court and am a member of the Law Offices of Atkinson, Andelson, Loya, Ruud & Romo (the "Firm"), located at 12800 Center Court Drive, Suite 300, Cerritos, California 90703, (562) 653-3200, proposed counsel in the within matter.  I know each of the following facts to be true of my own personal knowledge and, if called as a witness, I could and would competently testify with respect thereto.

2.     Larry D. Simons, Chapter 7 Trustee, is seeking to retain the Firm by the foregoing application, notice of which is attached hereto as Exhibit "C".  I am authorized to make this declaration on behalf of the Firm.

3.     The members of the Firm and their associates are experienced in matters of bankruptcy, insolvency, corporate reorganization and debtor/creditor law and have appeared in numerous matters before this Court and are well qualified to represent Debtor.

4.     Neither I, the Firm, nor its members or associates have any prepetition claims against Applicant or the estate.

5.     Applicant seeks to employ the Firm as its bankruptcy counsel as more specifically set forth in the foregoing Application.

6.     The Firm has not in the past represented nor does the Firm in the future plan to represent any related debtors.

7.     No retainer has been received and the Firm will file an appropriate application for compensation.

8.     A true and correct copy of the current hourly billing rates charged for paralegals and attorneys of the Firm is attached hereto as Exhibit "A" to the Application.  A true and correct copy of the resume of the counsel who will be performing services is also attached hereto as Exhibit "B" to the Application.

9.     I am familiar with the Bankruptcy Code and the Bankruptcy Rules, the Local Bankruptcy Rules, and the United States Trustee Guidelines, and shall comply with them.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE (562) 653-3200
FAX: (562) 653-3333

000890.00000
11384766.1

1

10.    Attached as Exhibit "C" is a copy of the Notice of the foregoing Application mailed to all creditors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2013 at Cerritos, California

HELEN R. FRAZER

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
TELEPHONE: (562) 653-3200
FAX: (562) 653-3333

000890.00000
11384766.1

2

## STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014

1.      Name, address and telephone number of the professional (the "Professional") submitting this statement:

Helen Ryan Frazer
Atkinson Andelson Loya, Ruud & Romo
12800 Center Court Drive, Suite 200, Cerritos, CA  90703
Tel (562) 653-3200   Fax (562) 653-3333

2.      The services to be rendered by the professional in this case are (specify):
The Trustee requires counsel to object to the Debtor's claim of exemption in a personal injury lawsuit and to file a complaint seeking to revoke the Debtor's discharge

3.      The terms and source of the proposed compensation and reimbursement of the professional are (specify):

By Application and Court Order.

4.      The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the professional are (specify):

None.

5.      The investigation of disinterestedness made by the Professional prior to submitting this statement consisted of (specify):
Conflicts check.

6.      The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee (specify, attaching extra pages as necessary):
None.  In addition, professional has no relationship with the Trustee other than serving as his counsel or client in his capacity as Chapter 7 Trustee only and serving with him on the panel of Chapter 7 Trustees.

7.      The professional is not a creditor, an equity security holder or an insider of the debtor, except as follows (specify, attaching extra pages as necessary):
None.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

000890.00000
11384766.1

8.    The professional is not and was not an investment banker for any outstanding security of the debtor.

None.

9.    The professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor.

None.

10.    The professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtor or of any investment banker for any security of the debtor.

None.

11.    The professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or any investment banker for any security of the debtor, or for any other reason, except as follows (specify, attaching extra pages as necessary):

None.

12.    Name, address and telephone number of the person signing this Statement on behalf of the professional and the relationship of such person to the professional (specify):

    Helen Ryan Frazer
    Atkinson Andelson Loya Ruud & Romo
    12800 Center Court Drive, Suite 300, Cerritos, CA  90703
    Tel. (562) 653-3200  Fax (562) 653-3333

13.    The professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows (specify, attaching extra pages as necessary):

None.

14.    Total number of attached pages of supporting documentation:

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

000890.00000
11384766.1

15.    After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on July 15, 2013 at Cerritos, California.

_____
HELEN RYAN FRAZER

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

000890.00000
11384766.1

# EXHIBIT "A"

1

## EXHIBIT "A"

2

## HOURLY BILLING RATES

3

Attorneys

4

     Helen Ryan Frazer (HRF)     $485.00

5

Paralegal

6

     Mary E. Buenaventura (MEB)     $150.00

7

## SCHEDULE OF EXPENSES

8

9

| Photocopies | $ .20 per page |
| --- | --- |
| Long Distance Telephone | Actual cost |
| Postage | Actual cost |
| Lexis Research | Actual cost |
| Fax Charges | $ 1.00 per page |
| Word Processing | Shown on bills but<br>not charged on bankruptcy cases |
| Mileage | $ .30 per mile |
| Parking | Actual cost |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

## EXHIBIT "A"

24

25

26

27

28

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

000890.00000
11384766.1

# EXHIBIT "B"

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

## ATKINSON, ANDELSON, LOYA, RUUD & ROMO

The law firm of Atkinson, Andelson, Loya, Ruud & Romo offers a wide variety of legal services to both the public and private sectors. The firm is involved in all phases of employee and labor relations, general labor law and human resources (personnel) matters. In addition, Atkinson, Andelson, Loya, Ruud & Romo also provides full service litigation and business departments, handling real property, bankruptcy, contract and employment disputes, corporate, tax and estate planning.

The firm has offices in Cerritos, Riverside, Sacramento, San Diego, Fresno, Irvine and Pleasanton, California.

### Helen Ryan Frazer

Helen Ryan Frazer is a partner in the Cerritos office. Ms. Frazer practices primarily in the area of bankruptcy and has been certified as a specialist in bankruptcy by the State Bar of California. She also handles real estate and commercial law matters and advises clients in drafting contracts and agreements.

Ms. Frazer formerly served as the senior attorney in charge of the Bankruptcy Department for the Federal Deposit Insurance Corporation, Costa Mesa Field Office and as counsel under the FSLIC Management Consignment Program to Butterfield Savings and Loan Association. She is a member of the Los Angeles County Bar Association, the Orange County Bar Association Commercial Law and Bankruptcy Section, the Financial Lawyers Conference, and is a former director of both the Los Angeles County and Orange County Bankruptcy Forums. She is currently a director of the Central District Consumer Bankruptcy Attorneys Association.

Ms. Frazer has been a speaker at various seminars including "The Chapter 11 Plan Confirmation Process" presented by the Orange County Bankruptcy Forum and "When Bankruptcy and Family Law Collide" presented by the Beverly Hills Bar Assn. She is an editor of the California Bankruptcy Journal and has authored several articles including Collection of Undercharged Freight Tariffs - A Windfall for Trustees or Highway Robbery? 21 Cal.Bankr.J. 1 (1993) Bankruptcy Reform- Separating Myth from Reality 28 Cal. Bank.J. 3, 2006; and Fraudulent Transfer: Litigation Under the Bankruptcy Code and State Law 29 Cal Bankr. J 2 (2007) which was recently cited in a Ninth Circuit Court of Appeals decision.

Ms. Frazer currently serves on the standing panel of Chapter 7 Trustees appointed by the Office of the United States Trustee and has been a trustee since 1995.

### EXHIBIT "B"

# EXHIBIT "C"

1  HELEN RYAN FRAZER            State Bar No. 92627
   ATKINSON, ANDELSON, LOYA, RUUD & ROMO
2  12800 Center Court, Suite 300
   Cerritos, California 90703-8597
3  (562) 653-3200 - (714) 826-5480
   FAX (562) 653-3333
4
   Proposed Attorneys for Larry D. Simons
5  Chapter 7 Trustee

6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   RIVERSIDE DIVISION

11  In re                              CASE NO.: 6:12-bk-34633 MW
                                       CHAPTER 7
12  ALETHIA ANN MITCHELL
                                       NOTICE OF APPLICATION BY TRUSTEE
13                                     TO EMPLOY COUNSEL
           Debtor.
14                                     [Local Bankr. Rule 2014-1]
                                       [NO HEARING REQUIRED]
15
    TO ALL CREDITORS AND PARTIES IN INTEREST:
16
           PLEASE TAKE NOTICE that the duly appointed Chapter 7 Trustee ("Trustee"), Larry D.
17
    Simons filed an Application to Employ Counsel ("Application") for the above designated Estate.
18
    The Trustee requests that the Court grant this Application to employ the law firm of Atkinson,
19
    Andelson, Loya, Ruud & Romo ("the Firm"), a professional corporation, as bankruptcy counsel.
20
    The Trustee seeks counsel to review and analyze the Debtor's sworn schedules, statements and
21
    pleadings filed in this case which may constitute property of the estate that have not been turned
22
    over to the Trustee that can be administered for the benefit of the creditors.
23
           A copy of the Application may be obtained upon the making of a request to Helen R.
24
    Frazer, Atkinson, Andelson, Loya, Ruud & Romo at the address and telephone number indicated
25
    in the upper left-hand corner of the first page of this Notice.
26
           If you do not oppose the application, you do not need to take further action.
27

28

014419.00010
11412923.1

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

1      Applicant has agreed to be employed with compensation to be paid to said counsel only

2  upon application for an approval by the bankruptcy court after notice and hearing.  No retainer has

3  been paid to Applicant.

4      The names and hourly rates of the professionals to be employed are as follows:

5  **Attorneys**

6      Helen Ryan Frazer (HRF)        $485.00

7  **Paralegal**

8      Mary E. Buenaventura (MEB)     $150.00

9

10     If you object to the Application, you are required to file with the court, pursuant to Local

11 Bankruptcy Rule 9013-2(b), within 14 days from the date of service of this Notice, your written

12 objection and request for a hearing in the form required by Local Bankruptcy Rule 9013-1(1)(g).

13 You must file your objection and request with the Clerk of the United States Bankruptcy Court

14 located at 3420 Twelfth Street, First Floor, Riverside, CA  92501.

15     You must also serve a copy of your written objection to the Application and request for

16 hearing upon the Trustee, Larry D. Simons, 7121 Magnolia Avenue, Riverside, CA  92504; upon

17 Helen Ryan Frazer at Atkinson, Andelson, Loya, Ruud & Romo, 12800 Center Court Drive, Suite

18 300, Cerritos, California 90703-2263; and upon the United States Trustee at 3801 University

19 Avenue, Suite 720, Riverside, CA  92501.  Upon receipt of an objection and a request for hearing,

20 the Trustee will obtain a hearing date and give appropriate notice thereof.

21

22 Dated: July 19, 2013              ATKINSON, ANDELSON, LOYA, RUUD ROMO

23

24                     HELEN RYAN FRAZER

25                     Proposed Attorneys for Larry D. Simons
                    Chapter 7 Trustee

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**12800 CENTER COURT DRIVE, SUITE 300, CERRITOS, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPLICATION TO EMPLOY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 19, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

OFFICE OF THE UNITED STATES TRUSTEE     USTP.REGION16.RS.ECF@USDOJ.GOV
LARRY D. SIMMONS, CH 7 TRUSTEE     LARRY@LSIMONSLAW.COM
DAVID LOZANO     NOTICES@DLBKLAW.COM
AVI SCHILD     BK@ATLASACQ.COM

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 19, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 19, 2013, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 19, 2013 | Mary Buenaventura | /s/ *Mary Buenaventura* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

014419.00010

F 9013-3.1.PROOF.SERVICE

## SERVED BY U.S. MAIL:

ACC
P.O. BOX 880306
SAN DIEGO, CA 92168-0306

ADT SECURITY SERVICES, INC.
P.O. BOX 650485
DALLAS, TX 75265-0485

ALLIED INTERSTATE INC
P.O. BOX 361597
COLUMBUS, OH 43236-1597

AMERICAN MEDICAL RESPONSE
20101 HAMILTON AVENUE, SUITE 300
TORRANCE, CA 90502-1351

AMERICAS SERVICING COMPANY
ATTENTION: BANKRUPTCY DEPARTMENT
P.O. BOX 10328
DES MOINES, IA 50306-0328

ASSET ACCEPTANCE, LLC
P.O. BOX 2036
WARREN, MI 48090-2036

ATLANTIC CREDIT & FINANCE INC.
P.O. BOX 11887
ROANOKE, VA 24022-1887

ATLANTIC CREDIT & FINANCE INC.
P.O. BOX 13386
ROANOKE, VA 24033-3386

BANK OF AMERICA
ATTENTION: BANKRUPTCY DEPARTMENT
P.O. BOX 26012
GREENSBORO, NC 27420-6012

BAY AREA CREDIT SERVICE
1901 10TH STREET
ANTIOCH, CA 94509-1380

CMRE FINANCIAL SERVICES
ATTENTION: BANKRUPTCY DEPARTMENT
3075 EAST IMPERIAL HIGHWAY, #200
BREA, CA 92821-6753

CALIFORNIA RECOVERY BUREAU
135 VALLECITOS DE ORO, SUITE D
SAN MARCOS, CA 92069-1461

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CASHCALL INC.
ATTENTION:  BANKRUPTCY DEPARTMENT
1600 SOUTH DOUGLASS ROAD
ANAHEIM, CA 92806-5948

CITI
ATTENTION: BANKRUPTCY DEPARTMENT
P.O. BOX 20507
KANSAS CITY, MO 64195-0507

DIRECT MERCHANTS BANK
PAYMENT CENTER
P.O. BOX 60136
CITY OF INDUSTRY, CA 91716-0136

EQUIFAX
5505 PEACH TREE DUNWOOD
ATLANTA, GA 30342-1705

EQUIFAX - CREDIT BUREAU
P.O. BOX 105069
ATLANTA, GA 30348-5069

EXPERIAN - CREDIT BUREAU
500-1 CITY PARKWAY WEST, SUITE 150
ORANGE, CA 92668

EXPERIAN - CREDIT BUREAU
P.O. BOX 949
ALLEN, TX 75013-0949

EXPRESS
PAYMENT PROCESSING
P.O. BOX 659728
SAN ANTONIO, TX 78265-9728

FINANCIAL CORPORATION OF AMERICA
ATTN: BANKRUPTCY
P.O. BOX 203500
AUSTIN, TX 78720-3500

FIRST NATIONAL COLLECTION BUREA
PAYMENT PROCESSING
P.O. BOX 51660
SPARKS, NV 89435-1660

FIRSTSOURCE FINANCIAL SOLUTIONS
7650 MAGNA DRIVE
BELLEVILLE, IL 62223-3366

GE MONEY BANK
ATTENTION: BANKRUPTCY DEPARTMENT
P.O. BOX 103104
ROSWELL, GA 30076-9104

GMAC
P.O. BOX 380901
BLOOMINGTON, MN 55438-0901

GEORGE L. COHN
2850 ARTESIA BOULEVARD, SUITE 201
P.O. BOX 5000
REDONDO BEACH, CA 90278-9200

GLOBAL ACCEPTANCE CREDIT COMPANY
5850 WEST I-20
ARLINGTON, TX 76017-1071

GLOBAL ACCEPTANCE CREDIT COMPANY
P.O. BOX 172800
ARLINGTON, TX 76003-2800

HOME DEPOT
P.O. BOX 182676
COLUMBUS, OH 43218-2676

WACHOVIA BANK NA
MAC X2303-01A
1 HOME CAMPUS 1ST FLOOR
DES MOINES IA 50328-0001

JC PENNEY
P.O. BOX 960090
ORLANDO, FL 32896-0090

LA AND ORANGE COUNTY
P.O. BOX 4279
WHITTIER, CA 90607-4279

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

014419.00010
11/09/2012

**F 9013-3.1.PROOF.SERVICE**

LVNV FUNDING, LLC
P.O. BOX 740281
HOUSTON, TX 77274-0281

LITTON LOAN SERVICING
P.O. BOX 10328
DES MOINES, IA 50306-0328

MACY'S
ATTENTION: BANKRUPTCY DEPARTMENT
P.O. BOX 8053
MASON, OH 45040-8053

MACY'S
P.O. BOX 689195
DES MOINES, IA 50368-9195

MERVYN'S
P.O. BOX 960013
ORLANDO, FL 32896-0013

METRIS
C/O DIRECT MERCHANTS
P.O. BOX 5247
CAROL STREAM, IL 60197-5247

NATIONS RECOVERY CENTER, INC.
P.O. BOX 620130
ATLANTA, GA 30362-2130

NELSON & KENNARD, ATTORNEYS AT LAW
|2180 HARVARD STREET, SUITE 160
P.O. BOX 13807
SACRAMENTO, CA 95853-3807

NORTH COAST IMAGING RADIOLOGY
DEPT LA 21693
PASADENA, CA 91185-0001

NORTHLAND GROUP, INC.
P.O. BOX 390905
MINNEAPOLIS, MN 55439-0905

PHYSICIANS FOR HEALTHY HOSPITALS
1525 WEST FLORIDA AVENUE SUITE A
HEMET, CA 92543-3869

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1087

SECURITY CREDIT SERVICES
2653 WEST OXFORD LOOP SUITE 108
OXFODS, MS 38655-2929

SOUTHWEST HEALTHCARE CENTER
P.O. BOX 310010827
PASADENA, CA 91110-0001

SUPERIOR COURT OF CALIFORNIA
CASE #BAC010959
155 EAST HAYES STREET
BANNING, CA 92220-5554

SUPERIOR COURT OF CALIFORNIA
RIVERSIDE-TEMECULA DIVISION
CASE #TEC094869
41002 COUNTRY CENTER DRIVE, STE 100
TEMECULA, CA 92591-6027

SUPERIOR COURT OF CALIFORNIA
RIVERSIDE-TEMECULA DIVISION
CASE #TEC100179
41002 COUNTRY CENTER DRIVE, STE 100
TEMECULA, CA 92591-6027

TATE & KIRLIN ASSOCIATES
2810 SOUTHAMPTON ROAD
PHILADELPHIA, PA 19154-1207

TEMECULA VALLEY EMERGENCY MEDICAL
3156 VISTA WAY #405
OCEANSIDE, CA 92056-3622

TRANS UNION
2 BALDWIN PLACE
P.O. BOX 1000
CHESTER, PA 19016-1000

TRANS UNION - CREDIT BUREAU
P.O. BOX 1000
CRUM LYNNE, PA 19022

VISION FINANCIAL GROUP
P.O. BOX 460260
SAINT LOUIS, MO 63146-7260

WALMART
P.O. BOX 530927
ATLANTA, GA 30353-0927

WELLS FARGO FINANCIAL
ATTENTION: BANKRUPTCY DEPARTMENT
4137 121ST STREET
URBANDALE, IA 50323-2310

WELLS FARGO FINANCIAL
P.O. BOX 30358
LOS ANGELES, CA 90030-0358

WORLD FINANCIAL NETWORK NATIONAL
P.O. BOX 182686
COLUMBUS, OH 43218-2686

ALETHIA ANN MITCHELL
31080 LAHONTAN STREET
TEMECULA, CA 92592-5752

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

014419.00010
11/JUN/2012

**F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**12800 CENTER COURT DRIVE, SUITE 300, CERRITOS, CA 90703**

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY COUNSEL; DECLARATION IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 19, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

OFFICE OF THE UNITED STATES TRUSTEE         USTP.REGION16.RS.ECF@USDOJ.GOV
LARRY D. SIMMONS, CH 7 TRUSTEE              LARRY@LSIMONSLAW.COM
DAVID LOZANO                                NOTICES@DLBKLAW.COM
AVI SCHILD                                  BK@ATLASACQ.COM

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On July 19, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| ALETHIA ANN MITCHELL<br>31080 LAHONTAN STREET<br>TEMECULA, CA 92592-5752 | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 19, 2013, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 19, 2013 | Mary Buenaventura | /s/ *Mary Buenaventura* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.