Larry D. Simons
7121 Magnolia Street
Riverside, California 92504
Telephone: 951.686.6300
Facsimile: 951.742.4733
Email: larry@lsimonslaw.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:12-bk-34633-MW |
| ALETHIA ANN MITCHELL | Chapter 7 |
| Debtor. | **NOTIFICATION OF ASSET CASE** |
| | [No Hearing Required] |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

    Larry D. Simons, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets may be administered in the above-captioned case and appropriate notice be given to creditors to file claims.

Dated: 8/1/2013                                                      /s/ Larry D. Simons
                                                                  Larry D. Simons, Chapter 7 Trustee